1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
5
   Attorneys for Plaintiff
6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9  SCOTT JOHNSON,                    )  Case No.: 5:19-CV-02727-JST
                                     )
10         Plaintiff,                )  **NOTICE OF SETTLEMENT AND**
                                     )  **REQUEST TO VACATE ALL**
11     v.                            )  **CURRENTLY SET DATES**
                                     )
12  SERO LLC, a California Limited Liability )
    Company;                        )
13  MY PAINT STOP LLC, a California  )
    Limited Liability Company; and Does 1- )
14  10,                              )
                                     )
           Defendants.
15

16        The plaintiff hereby notifies the court that a global settlement has been reached in

17  the above-captioned case and the parties would like to avoid any additional expense,

18  and to further the interests of judicial economy.

19        The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

20  dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all

21  parties will be filed within 60 days.

22                           CENTER FOR DISABILITY ACCESS

23  Dated: August 27, 2019     By:/s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
24                                 Attorney for Plaintiff

25

26

27

28