UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SERO LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-02727-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 18 |

The parties have filed a notice of settlement. ECF No. 18. By November 1, 2019, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on November 12, 2019. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: August 29, 2019

_____
JON S. TIGAR
United States District Judge