CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall, Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Facsimile: (916) 273-8956
Attorney for Defendants
SERO LLC and My Paint Stop LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SERO LLC, a California Limited Liability Company;<br>MY PAINT STOP LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: 5:19-CV-02727-JST<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 25, 2019       CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: September 25, 2019       LAW OFFICE OF RICK MORIN, PC

By: /s/ Richard Morin
Richard Morin
Attorneys for Defendants
SERO LLC and My Paint Stop LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for SERO LLC and My Paint Stop LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 25, 2019   CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff